NEWS AMERICA MARKETING IN-STORE, INC. *v.*
STEVEN MARQUIS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 527 (AC 24808), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that proof of injury is an essential element of a claim for breach of duty of loyalty to an employer?

"2. Did the Appellate Court properly conclude that the trial court correctly determined that the plaintiff was not a 'prevailing party' under General Statutes § 52-570b?"

The Supreme Court docket number is SC 17362.

*A. Robert Fischer* and *Jeffrey M. Vona,* in support of the petition.

*Jonathan B. Orleans, David P. Atkins* and *Marcy Tench Stovall,* in opposition.

Decided February 10, 2005

WEBSTER BANK *v.* GAIL M. PAGANO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 905 (AC 25123), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Stephen P. Wright,* in support of the petition.

*Sean P. Clark,* in opposition.

Decided February 10, 2005